# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| JAMES C. DANIELS <br> *Plaintiff* <br> v. <br> UNITED STEELWORKERS LOCAL 1014, et al <br> *Defendant* | Civil Action No. 2:10 CV 118 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of the defendants and against the plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Andrew P Rodovich on a motion for Summary Judgment.

Date: 11/17/2011

*CLERK OF COURT*

/s/ Kimberly Pastrick
*Signature of Clerk or Deputy Clerk*